Argued and submitted October 27, reversed and remanded December 8, 1993

## STATE OF OREGON,
*Appellant,*

*v.*

## GLEN ALAN RUSSELL,
*Respondent.*

(92-60154; CA A75500)

864 P2d 378

Jonathan H. Fussner, Assistant Attorney General, argued the cause for appellant. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General.

James N. Varner, Deputy Public Defender, argued the cause for respondent. With him on the brief was Sally L. Avera, Public Defender.

Before Deits, Presiding Judge, and Riggs and Durham, Judges.

PER CURIAM

Reversed and remanded. *State v. Trenary,* 316 Or 172, 850 P2d 356 (1993).